```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>THOMAS RICHARD SPANGLER,            )<br>                                    )<br>           Defendant.              )<br>_____) | CR S-05-0136 WBS<br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Thomas Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for May 11, 2005 should be continued to Wednesday, May 25, 2005 at 9:00 a.m.  Government counsel has sent the defense a proposed plea agreement.  Defense counsel will require time in which to discuss it with his client and with the prosecutor.  The parties agree that time

1

```
 1  should be excluded under Local Code T-4 through May 25, 2005.
 2                                  Respectfully submitted,
 3                                  McGREGOR SCOTT
                                    United States Attorney
 4
 5
                                    /s/ Quin Denvir
 6                                  Telephonically authorized to sign for
    DATED: May 9, 2005              MATTHEW STEGMAN
 7                                  Assistant United States Attorney
 8
 9
10  DATED: May 9, 2005              /s/ Quin Denvir
                                    QUIN DENVIR
11                                  Federal Defender
12                                  Attorney for Defendant
13
14
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
15
16
    DATED: May 10, 2005
17
18                                  _____
                                    [signature: William B. Shubb]
19                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
20
...
28  Stip/Proposed Order
    US v. Spangler
    CR S-05-0136 WBS
                                    2
```