QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0136 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| THOMAS RICHARD SPANGLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel,
Assistant United States Attorney Matthew Stegman, and defendant Thomas
Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby
stipulate and agree that the status conference currently calendared
for May 11, 2005 should be continued to Wednesday, May 25, 2005 at
9:00 a.m.  Government counsel has sent the defense a proposed plea
agreement.  Defense counsel will require time in which to discuss it
with his client and with the prosecutor.  The parties agree that time

1

1   should be excluded under Local Code T-4 through May 25, 2005.

2                               Respectfully submitted,

3                               McGREGOR SCOTT
                                United States Attorney
4

5
                                /s/ Quin Denvir
6                               Telephonically authorized to sign for
    DATED: May 9, 2005          MATTHEW STEGMAN
7                               Assistant United States Attorney

8

9

10  DATED: May 9, 2005              /s/ Quin Denvir
                                    QUIN DENVIR
11                                  Federal Defender

12                                  Attorney for Defendant

13

14
            FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
15

16
    DATED: May 10, 2005
17

18                              _William B. Shubb_

19                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28  Stip/Proposed Order
    US v. Spangler
    CR S-05-0136 WBS
                                        2