```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>THOMAS RICHARD SPANGLER,      )<br>                              )<br>            Defendant.        )<br>_____) | CR S-05-0136 WBS<br><br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER** |

        Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Thomas Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for May 25, 2005 should be continued to Wednesday, June 22, 2005 at 9:00 a.m.  Government counsel has sent the defense a proposed plea agreement.  Defense counsel requires additional time in which to discuss it with his client.  The parties agree that time should be

1 | excluded under Local Code T-4 through June 22, 2005.

2 | Respectfully submitted,

3 | McGREGOR SCOTT
United States Attorney

4 |

5 |

6 | DATED: May 24, 2005        /s/ Quin Denvir
Telephonically authorized to sign for
MATTHEW STEGMAN

7 | Assistant United States Attorney

8 |

9 |

10 | DATED: May 24, 2005        /s/ Quin Denvir
QUIN DENVIR

11 | Federal Defender

12 | Attorney for Defendant

13 |

14 |

15 |     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

16 |

17 | DATED: May 25, 2005

18 |

19 | WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

20 |

28 | Stip/Proposed Order
US v. Spangler
CR S-05-0136 WBS

2