```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS RICHARD SPANGLER,<br><br>        Defendant. | CR S-05-0136 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Thomas Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for June 22, 2005 should be continued to Wednesday, July 13, 2005 at 9:00 a.m.  Government counsel has sent the defense a proposed plea agreement.  Defense counsel has met with his client to discuss it, and defendant requires more time to analyze the case and the plea

/ / / / /

/ / / / /

1

agreement.  The parties agree that time should be excluded under Local Code T-4 through July 13, 2005.

                                      Respectfully submitted,

                                      McGREGOR SCOTT
United States Attorney

DATED: June 17, 2005            /s/ Quin Denvir
                                      Telephonically authorized to sign for
MATTHEW STEGMAN
Assistant United States Attorney

DATED: June 17, 2005            /s/ Quin Denvir
                                      QUIN DENVIR
Federal Defender

                                      Attorney for Defendant

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: June 20, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/Proposed Order
US v. Spangler
CR S-05-0136 WBS

2