QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0136 WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| THOMAS RICHARD SPANGLER, ) | |
| Defendant. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Thomas Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for July 13, 2005 should be continued to Wednesday, August 3, 2005 at 9:00 a.m. Government counsel has sent the defense a proposed plea agreement. Defense counsel requires additional time to meet with his client to discuss it. There is also further factual development to be done prior to any plea. Counsel will be out of town from July 17 to July 27, 2005.

1

1  The parties agree that time should be excluded under Local
2  Code T-4 through August 3, 2005.

3                                      Respectfully submitted,

4                                      McGREGOR SCOTT
                                       United States Attorney
5

6

7  DATED: July 11, 2005               /s/ Quin Denvir
                                       Telephonically authorized to sign for
                                       MATTHEW STEGMAN
8                                      Assistant United States Attorney

9

10

11 DATED: July 11, 2005               /s/ Quin Denvir
                                       QUIN DENVIR
12                                     Federal Defender

13                                     Attorney for Defendant
                                       Thomas Richard Spangler
14

15
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
16

17

18 DATED: July 11, 2005

19
                                       /s/ William B. Shubb
20
                                       WILLIAM B. SHUBB
21                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28 Stip/Proposed Order
   US v. Spangler
   CR S-05-0136 WBS
                                       2