QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0136 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| THOMAS RICHARD SPANGLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

       Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Thomas Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for August 3, 2005 should be continued to Wednesday, August 24, 2005 at 9:00 a.m.  Government counsel has sent the defense a proposed plea agreement, which defense counsel needs time to meet with his client to discuss.  There is also further factual development to be done prior to any plea.  Counsel was out of town from July 17 to August 2, 2005.

1    The parties agree that time should be excluded under Local
2 Code T-4 through August 24, 2005.

3                                    Respectfully submitted,

4                                    McGREGOR SCOTT
                                     United States Attorney
5

6
   DATED: August 2, 2005            /s/ Quin Denvir
7                                    Telephonically authorized to sign for
                                     MATTHEW STEGMAN
8                                    Assistant United States Attorney

9

10

11 DATED: August 2, 2005            /s/ Quin Denvir
                                     QUIN DENVIR
12                                   Federal Defender

13                                   Attorney for Defendant
                                     Thomas Richard Spangler
14

15
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
16

17
   DATED: August 2, 2005
18

19
                                     _____
20                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28 Stip/Proposed Order
   US v. Spangler
   CR S-05-0136 WBS
                                     2