QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0136 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| THOMAS RICHARD SPANGLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Stegman, and defendant Thomas Richard Spangler, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the judgment and sentencing currently calendared for November 2, 2005 should be continued to Wednesday, December 7, 2005 at 9:00 a.m. Defense counsel requires additional time in order to present further information to the probation officer.

      The parties further agree that the schedule for disclosure

/ / / / /

/ / / / /

/ / / / /

1

of the presentence report and for filing of objections to the presentence report should be modified accordingly.

                                      Respectfully submitted,

                                      McGREGOR SCOTT
                                      United States Attorney

DATED: October 4, 2005      /s/ Quin Denvir
                                      Telephonically authorized to sign for
                                      MATTHEW STEGMAN
                                      Assistant United States Attorney


DATED: October 4, 2005      /s/ Quin Denvir
                                      QUIN DENVIR
                                      Federal Defender

                                      Attorney for Defendant
                                      Thomas Richard Spangler


    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: October 4, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/Proposed Order
US v. Spangler
CR S-05-0136 WBS