QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Thomas R. Spangler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-02-0136 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST FOR APPOINTMENT** |
| | ) | **OF NEW COUNSEL AND [PROPOSED]** |
| THOMAS R. SPANGLER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Defendant Thomas R. Spangler hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as his counsel. Mr. Denvir has been handling the case since the Office was appointed by the Court. He will be retiring from the Office as of December 31, 2005. Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as his new counsel, effective January 1, 2006.

                              Respectfully submitted,

DATED: 12-17, 2005           /s/ Tom Spangler
                              THOMAS R. SPANGLER
                              Defendant

```
 1
 2
 3   DATED: December 27, 2005        /s/ Quin Denvir
                                     QUIN DENVIR
 4                                   Attorney for Thomas R. Spangler
 5
 6        I concur.
 7
 8   DATED:  December 27, 2005       /s/ Mary M. French
                                     MARY M. FRENCH
 9                                   Supervising Assistant Federal Defender
10
11
12        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
13
14   DATED:  December 30, 2005
15
16                                   _____
                                     WILLIAM B. SHUBB
17                                   UNITED STATES DISTRICT JUDGE
18
```

United States v. Spangler
05r0136 WBS
Req. Appt. New Counsel                2