McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-0136-WBS |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| THOMAS RICHARD SPANGLER, ) | |
| Defendant. ) | |

WHEREAS, on September 15, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Thomas Richard Spangler forfeiting to the United States the following property:

    a.   eMachine, model number T3085, serial number CA142G0006137.

AND WHEREAS, on October 31, 2005, November 7 and 14, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the Record Searchlight (Shasta County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all

1

third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Thomas Richard Spangler.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration & Customs Enforcement shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 23rd day of February, 2006.

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE